

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-16-00590-CV

**IN RE THE GOODYEAR TIRE & RUBBER COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
     Marialyn Barnard, Justice
     Luz Elena D. Chapa, Justice

On September 16, 2016, Relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than October 3, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The trial court's Order signed on August 31, 2016, ordering Relator to comply with the December 2, 2015 "Order on Motion to Compel Production of Tire Building Machines Subject to Limitations and Confidentiality" is stayed pending final resolution of the petition filed in this court.

It is so **ORDERED** on September 16, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 13-06-12009-DCVAJA, styled *Elvia Munoz et al v. D.G.J. Transport Inc., and The Goodyear Tire and Rubber Co.*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal, III presiding.